

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00773-CR

Pablo **DUENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 371st Judicial District Court, Tarrant County, Texas
Trial Court No. 1314224D
Honorable Mollee Bennett Westfall, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 4, 2014.

Catherine Stone, Chief Justice